

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00480-CR

Beau Preston **JONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR6429
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA,
AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, the trial court's judgment on Count II for possession of a controlled substance in an amount 4 grams or more but less than 200 grams is VACATED. The trial court's judgment on Count I for possession, with intent to deliver, of a controlled substance in an amount 4 grams or more but less than 200 grams is AFFIRMED.

SIGNED August 6, 2025.

_____
Lori Massey Brissette, Justice